IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
2005 OCT 31  PM 6:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FRANKLIN JONES, IV,

    Plaintiff,

vs.                                    No. 05-2346-Ml/V

SMITH & NEPHEW,

    Defendant.

ORDER OF DISMISSAL

Plaintiff Franklin Jones, IV filed a *pro se* complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, on April 22, 2005, along with a motion seeking leave to proceed *in forma pauperis*. The Court issued an order on August 30, 2005 denying leave to proceed *in forma pauperis* and directing the plaintiff to pay the $250 civil filing fee within thirty days. The August 30, 2005 order also provided that "[f]ailure to timely comply with this order will result in dismissal of this action, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute." 08/30/05 Order at 2.

The plaintiff has not complied with, or otherwise responded to, the August 30, 2005 order, and the time set for a

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  11-1-05

(4)

response has expired. Accordingly, the Court DISMISSES the complaint without prejudice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

IT IS SO ORDERED this 31 day of October, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02346 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

---

Franklin Jones
3075 Parker Road
Memphis, TN 38109

Honorable Jon McCalla
US DISTRICT COURT