# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

2005 OCT 31 PM 6:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **FRANKLIN JONES, IV,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **SMITH & NEPHEW,** | **CASE NO: 05-2346 Ml/V** |
| Defendant. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, entered October 31, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

Oct. 31, 2005
Date

THOMAS M. GOULD
_____
Clerk of Court

_____
(By)   Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  11-1-05

5

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02346 was distributed by fax, mail, or direct printing on November 1, 2005 to the parties listed.

Franklin Jones
3075 Parker Road
Memphis, TN 38109

Honorable Jon McCalla
US DISTRICT COURT